IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SMITH INTERNATIONAL, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:05-cv-93 |
| v. | § | Judge Davis |
| | § | |
| HALLIBURTON ENERGY | § | |
| SERVICES, INC., | § | Jury Trial Demanded |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Pursuant to a settlement agreement entered into between the parties pertaining to this case, Plaintiff Smith International, Inc. and Defendant Halliburton Energy Services, Inc. (all of the parties in this case) hereby stipulate to dismissal of this case under Fed. R. Civ. P. 41(a)(1)(ii). The dismissal is with prejudice, and includes dismissal of the claims of Plaintiff Smith International, Inc. with prejudice and dismissal of the counterclaims of Defendant Halliburton Energy Services, Inc. with prejudice. A form of order dismissing the case is enclosed.

Respectfully submitted,

*William C. Slusser* (signature)

William C. Slusser
*Attorney-in-Charge for Plaintiff
Smith International, Inc.*
Texas Bar No. 18514500
SLUSSER WILSON & PARTRIDGE LLP
333 Clay Street, Suite 4720
Houston, Texas 77002
Telephone: (713) 860-3300
Facsimile: (713) 860-3333

OF COUNSEL FOR SMITH:
Michael E. Wilson
Texas Bar No. 21704650
Jayme Partridge
Texas Bar No. 17132060
Jayne Piana
Texas Bar No. 24027142
SLUSSER WILSON & PARTRIDGE LLP
333 Clay Street, Suite 4720
Houston, Texas 77002
Telephone: (713) 860-3300
Facsimile: (713) 860-3333

Wesley T. Noah
SMITH INTERNATIONAL, INC.
16740 Hardy Street
P.O. Box 60068
Houston, Texas 77205-0068
Telephone: (281) 443-3370

Otis W. Carroll
Texas Bar No. 03895700
J. Wesley Hill
Texas Bar No. 24032294
IRELAND CARROLL & KELLEY, P.C.
6101 South Broadway
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

Respectfully submitted,

*Eric W. Buether* (signature)

Eric W. Buether
*Attorney-in-Charge for Defendant
Halliburton Energy Services, Inc.*
Texas Bar No. 03316880
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 4700E
Dallas, Texas 75201
Telephone: (972) 419-9100
Facsimile: (972) 419-9101

OF COUNSEL FOR HALLIBURTON:
Christopher Joe
Texas Bar No. 00787770
Todd E. Landis
Texas Bar No. 24030226
Eric S. Tautfest
Texas Bar No. 24028534
Patrick T. Farley
Texas Bar No. 24036548
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 4700E
Dallas, Texas 75201
Telephone: (972) 419-9100
Facsimile: (972) 419-9101

Michael E. Jones
Texas Bar No. 10929400
POTTER MINTON, P.C.
500 Plaza Tower
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

OF COUNSEL FOR SMITH:

Jeffrey S. Bergman
Osha Liang LLP
State Bar No. 24043551
1221 McKinney, Suite 2800
Houston, Texas 77010
Telephone: (713) 228-8600

00006763 / 2          3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Stipulation of Dismissal was served electronically and by first class mail to the following attorneys of record on this the 7th day of December, 2005:

>Eric W. Buether
>GREENBERG TRAURIG LLP
>2200 Ross Avenue, Suite 4700E
>Dallas, Texas 75201

>Michael E. Jones
>POTTER MINTON, P.C.
>500 Plaza Tower
>Tyler, Texas 75702

>/s/ William C. Slusser

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SMITH INTERNATIONAL, INC. | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:05-cv-93 |
| | § | Judge Davis |
| HALLIBURTON ENERGY | § | |
| SERVICES, INC., | § | Jury Trial Demanded |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

The Court has been advised by counsel for the parties that they have stipulated to the dismissal of this case pursuant to Fed. R. Civ. P. 41(a)(1)(ii). In accordance with the stipulation, this case is hereby DISMISSED on the merits with prejudice, including all claims and counterclaims.

So ORDERED and SIGNED on this ___ day of December, 2005.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

00006766 / 1